No. 00–5890. PERKINS *v.* GOMEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5891. METCALF *v.* MONROE COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–5893. JONES *v.* ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5896. WERTZ *v.* CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–5897. TURNER *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5898. WAGNOON *v.* GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–5904. SHAW *v.* HALL, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–5905. JUDA *v.* CURRAN. Ct. App. N. M. Certiorari denied.

No. 00–5906. JONES-EL *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 00–5907. MOODY *v.* OKORIE. C. A. 11th Cir. Certiorari denied.

No. 00–5909. CHAPMAN *v.* VIRGINIA ET AL. Sup. Ct. Va. Certiorari denied.

No. 00–5910. DONAHUE *v.* PHILIPUS ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–5912. DEBRUCE *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 00–5926. WATTS *v.* TURNER, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION, ET AL. C. A. 5th Cir. Certiorari denied.